# United States Court of Appeals
## For the First Circuit

No. 12-1631

DAVID T. KENNEY, Executor of the Estate of Liko Peter Kenney,

Plaintiff, Appellant,

v.

GREGORY WILLIS FLOYD; MARK R. MONTMINY, in his individual and
official capacities as Police Chief of Franconia, NH; MARK
TAYLOR, in his individual and official capacities as Police
Sergeant of Franconia, NH; NORMAN BRUCE MCKAY, in his official
capacity as Police Corporal of Franconia, NH, posthumously;
FRANCONIA, NEW HAMPSHIRE BOARD OF SELECTMEN,

Defendants, Appellees.

**ERRATA**

The opinion of this Court issued on November 30, 2012, is
amended as follows:

On page 5, line 4, the date is amended to read "February 28,
2012".